**Marie FURST, etc., v. UNITED STATES of America.**

**No. 9407.**

Circuit Court of Appeals, Ninth Circuit.

July 29, 1940.

Jeffrey Heiman and John Sullivan, both of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty., and Gerald Schucklin, Asst. U. S. Atty., both of Seattle, Wash., for appellee.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, and good cause therefor appearing, ordered judgment herein affirmed, that a judgment be filed and entered accordingly, and mandate issue forthwith.

**The GILMORE & PITTSBURGH R. R. CO. et al., Appellants, v. STATE OF IDAHO, on Relation of J. W. TAYLOR, Attorney General, et al., Appellees.**

**No. 9275.**

Circuit Court of Appeals, Ninth Circuit.

July 1, 1940.

L. B. daPonte and M. L. Countryman, Jr., both of St. Paul, Minn., for appellants.

J. W. Taylor, Atty. Gen., and D. W. Thomas, Asst. Atty. Gen., of Idaho, and T. D. Jones, of Pocatello, Idaho, for appellees.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellants, for reversal of the decree of the District Court herein, and remand of the cause to said District Court, and appellees not objecting thereto, and good cause therefor appearing, it is ordered that the decree of the District Court herein be reversed and that this cause be remanded to the said District Court for entry of a decree dismissing the bill of complaint, without prejudice, that a decree be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**H. S. GRAY et al. v. Myrta BLIGHT, Administratrix.**

**No. 2021.**

Circuit Court of Appeals, Tenth Circuit.

June 28, 1940.

Earl W. Wilson, of Denver, Colo., for appellants.

W. A. Alexander, of Denver, Colo., for appellee.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed, at costs of appellants, for the reason that the order appealed from is not a final appealable order.